**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000107
17-MAY-2018
10:44 AM**

CAAP-18-0000107

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC.,
ALTERNATIVE LOAN TRUST 2007-OH2, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-OH2, Plaintiff-Appellee,
v.
KIM MYRA KURNOW; and WELLS FARGO BANK, N.A.,
Defendants-Appellants,
and
JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50;
DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and
DOE GOVERNMENTAL UNITS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 12-1-0893(2))

ORDER APPROVING THE APRIL 30, 2018
STIPULATION FOR DISMISSAL OF APPEAL
(By: Ginoza, Chief Judge, Reifurth and Chan, JJ.)

Upon consideration of the stipulation for dismissal of
the appeal (Stipulation) filed on April 30, 2018 by Defendant-
Appellant Kim Myra Kurnow, and the records and files herein, it
appears that the parties stipulate to dismissal of the appeal
pursuant to Rule 42(b) of the Hawai'i Rules of Appellate
Procedure (**HRAP**).[1]  It also appears that the appeal has been
docketed, and, as such, HRAP Rule 42(b) applies.

---

[1] The parties stipulate to dismiss the appeal, but do not necessarily
agree regarding existence of appellate jurisdiction for the appeal or
applicability of any particular case law related to appellate jurisdiction as
a basis for the Stipulation, and the court similarly does not comment or rule
upon appellate jurisdiction or lack thereof. See Waikiki v. Ho'omaka Village
Association of Apartment Owners, 140 Hawai'i 197, 398 P.3d 786 (2017); State
v. Joshua, 141 Hawai'i 91, 405 P.3d 527 (2017).

THEREFORE, IT IS HEREBY ORDERED that the Stipulation, to the extent reflected above, to dismiss the appeal is approved, and the appeal is dismissed, with the parties to bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, May 17, 2018.

Chief Judge

Associate Judge

Associate Judge